IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOHN HOLMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO.: 1:17-cv-05030-MHC-LTW |
| GWINNETT AUTOMOTIVE COMPANY d/b/a GWINNETT PLACE HONDA and HENDRICK AUTOMOTIVE GROUP, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

1.

The undersigned counsel of record for Defendants Gwinnett Automotive Company d/b/a Gwinnett Place Honda and Hendrick Automotive Group certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns more than 10% of the stock of a party:

**Plaintiff**: John Holmes

**Defendants**: Gwinnett Automotive Company d/b/a Gwinnett Place Honda

Hendrick Automotive Group

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**For Defendants**: None

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**For Plaintiff**: Michelle L. Wein

**For Defendants**: Tillman Y. Coffey and John W. Stapleton (Fisher & Phillips LLP).

Respectfully submitted this 23rd day of January, 2018.

*/s/John W. Stapleton*
Tillman Y. Coffey
Georgia State Bar No. 173070
tcoffey@fisherphillips.com
John W. Stapleton
Georgia Bar No. 368790
jstapleton@fisherphillips.com

FISHER & PHILLIPS LLP
1075 Peachtree Street, NE
Suite 3500

Atlanta, Georgia 30309
Telephone (404) 231 1400
Facsimile (404) 240 4249

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOHN HOLMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO.: 1:17-cv-05030-MHC-LTW |
| GWINNETT AUTOMOTIVE COMPANY d/b/a GWINNETT PLACE HONDA and HENDRICK AUTOMOTIVE GROUP, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I certify that on January 23, 2018, the foregoing **DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** was filed with the Clerk of Court by using the CM/ECF system will send a notice of electronic filing to the following counsel of record:

Michelle L. Wein
3340 Peachtree Road, N.E.
Suite 2570
Atlanta, GA 30326

*/s/John W. Stapleton*
John W. Stapleton
Georgia Bar No. 368790
jstapleton@fisherphillips.com
Fisher & Phillips LLP